

U.S. Department of Justice

United States Attorney
Eastern District of New York

MEL  
F. #201501725

271 Cadman Plaza East  
Brooklyn, New York 11201

September 5, 2017

By Hand and ECF

The Honorable Edward R. Korman  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re: United States v. Olga Komova  
        Criminal Docket No. 17-88 (ERK)

Dear Judge Korman:

   The government respectfully submits this letter in advance of the sentencing of defendant Olga Komova, scheduled for September 6, 2017 at 11:00 a.m.  The government submits that a sentence within the applicable Guidelines range of 24 to 30 months' imprisonment is reasonable and appropriate.

   The defendant was a member of a large-scale cybercrime conspiracy, which involved the use of computer malware to steal millions of dollars from the bank accounts of innocent victims in the United States.  The defendant was active in this conspiracy from at least May 2014 until August 2015.  The defendant's role was to receive stolen funds in Thailand from individuals in the United States through bank accounts in her name and various money remitter services.  (PSR ¶¶ 17–25).  During this time, she received more than $80,000 in stolen funds pursuant to the scheme.  (Id.).  The overall scheme resulted in the loss of more than $1.2 million.  (Id. at ¶ 16.)

   In the instant case, the Probation Department has calculated a total offense level of 17 and an applicable criminal history category of I.  (PSR ¶¶ 45, 48).  The corresponding advisory Guidelines range is 24 to 30 months' imprisonment.  (Id. at ¶ 81).

   The defendant played a crucial role in an international cybercrime conspiracy by facilitating the transfer internationally of monies that had been stolen from the bank accounts of innocent victims through the use of computer malware.  The defendant did not simply open a single bank account that was utilized to assist her co-conspirators.  Rather, she was involved in the transfer of tens of thousands of dollars through a variety of methods in order to ensure their successful transfer and evade detection from law enforcement.  These methods included three different money remitter services and multiple bank accounts at

different banks.  In a very short period of time, she was involved in the movement of tens of thousands of dollars on behalf of this conspiracy.  Accordingly, the government believes that the advisory Guidelines range is reasonable and appropriate in this case.

        Respectfully submitted,

        BRIDGET M. ROHDE
        Acting United States Attorney

By:   /s/_____
        Margaret Lee
        Assistant U.S. Attorney
        (718) 254-6205

Cc: Michael Soroka, Esq. (defense counsel) (by ECF)